RAE WALLENS, Appellant, *v.* ERIE COUNTY SAVINGS BANK, Respondent.

Argued January 26, 1938; decided March 8, 1938.

*Edward H. Wolkind* for appellant.

*Leonard W. M. Zingler, John S. N. Sprague* and *Walker Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.